Joseph Kaszab, Inc., Appellee, v. T. K. Gibson, Defendants.
Appeal of A. W. Williams, Appellant.

Gen. No. 43,103.

Heard in the third division, first district, this court at the June term, 1944; opinion filed November 7, 1945; released for publication November 27, 1945. Prescott, Burroughs & Taylor, for appellant; Patrick B. Prescott, Jr. and Archibald J. Carey, Jr., of counsel; Siebel & Siebel, for appellee; A. F. W. Siebel and Arthur F. Siebel, of counsel. Opinion by JUSTICE LEWE. Not to be published in full.